FILED

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0436

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0436

_____

THE ESTATE OF CHARLOTTE MANDICH, via
Susan G. Mathews, its Personal Representative,

Plaintiff and Appellee,

v.                                                                    O R D E R

MARK AND KATHLEEN FRENCH,

Defendants and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022